# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ARMANDO G. PULIDO, § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| GOODLEAP LLC, formerly known § | MO:24-CV-00267-DC |
| as LOANPAL LLC; NEXBANK, § | |
| SERVBANK, ANTHONY A. § | |
| GARCIA, and DOMINIQUE § | |
| VARNER, § | |
| *Defendants.* § | |

# ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin[1] concerning Anthony Garcia and Dominique Varner's motion to dismiss and request for attorney fees.[2] Pursuant to 28 U.S.C. § 636(b) and Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on May 1, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the

---

[1] ECF No. 28.
[2] ECF No. 11.

district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[3]

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.[4] Garcia and Varner's motion to dismiss is **GRANTED** but their request for attorney fees is **DENIED**.[5] Plaintiff's claims as to Garcia and Varner are **DISMISSED WITHOUT PREJUDICE**.

It is **SO ORDERED**.

SIGNED this 23rd day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[4] ECF No. 28.
[5] ECF No. 11.